Mark H. Cheung (150690)
markcheung@msn.com
WU & CHEUNG, LLP
98 Discovery
Irvine, California 92618-3105
Tel: (949) 585-0088
Fax: (949) 585-0008

Attorneys for plaintiff, Charlie Abujudeh

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CHARLIE ABUJUDEH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANCORP dba U.S. Bank, a corporation; U.S. BANK; SIMON PROPERTY GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: SACV11-00838-JVS (MLGX)<br><br>Hon. James V. Selna<br><br>**PROTECTIVE ORDER PURSUANT TO STIPULATION**<br><br>**[F.R.C.P, Rule 29]**<br><br>Complaint filed: April 22, 2011<br><br>Non-Expert Discovery Cut-Off: February 6, 2012<br><br>Trial Date: May 22, 2012 |

　　The parties filed a Stipulation for a Protective Order on September 20, 2011 as Document 15 in the Docket for this action.  The Court hereby approves said Stipulation and adopts said Stipulation as an Order of the Court.  It is so ORDERED.

Dated: December 7, 2011

　　　　　　　　　　　　　　　　　　　　　　　*MARC L. GOLDMAN*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARC L. GOLDMAN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge