JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CHARLIE ABUJUDEH,<br><br>            Plaintiffs,<br><br>      v.<br><br>U.S. BANCORP dba U.S. Bank, a corporation; U.S. BANK; SIMON PROPERTY GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: SACV 11-00838-JVS(ANx)<br><br>Hon. James V. Selna<br><br>**JUDGMENT** |

Following the Court's entry of Order Granting Defendants' Motion for Summary Judgment (Docket No. 32),

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants U.S. Bancorp, U.S. Bank National Association and Simon Property Group, Inc. and against plaintiff Charlie Abujudeh ("Plaintiff"), and that Plaintiff take nothing by this action.

DATED  April 19, 2012                By: /s/ James V. Selna
                                         United States District Judge

Proof of Service

1013 A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 800 West Olympic Boulevard, 4th Floor, Los Angeles, CA 90015.

On April 19, 2012, I served the foregoing document described as **[PROPOSED] JUDGMENT** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☐ BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐ BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

☒ BY ELECTRONIC MAIL: I caused the above-referenced document to be served to the addressee on the attached service list via CM/ECF

Executed on April 19, 2012, at Los Angeles, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*s/ Jonathan G. Fetterly*
JONATHAN G. FETTERLY

## SERVICE LIST

| | |
|---|---|
| Mark Cheung, Esq.<br>WU & CHEUNG, LLP<br>98 Discovery<br>Irvine, California 92618 | *Attorneys for Plaintiff CHARLIE ABUJUDEH*<br><br>Tel:   (949) 585-0088<br>Fax:   (949) 585-0008<br>Email:  markcheung@msn.com |
| Susan M. Hack, Esq.<br>Stephen T. Pelletier, Esq.<br>HIGGS, FLETCHER & MACK, LLP<br>401 West "A" Street, Suite 2600<br>San Diego, CA  92101-7913 | *Attorneys for Defendant SIMON PROPERTY GROUP, INC.*<br><br>Tel:   (619) 236-1551<br>Fax:   (619) 696-1410<br>Email:  pelletiers@higgslaw.com<br>Email:  baxters@higgslaw.com |